# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| BRAEDEN M. WRIGHT, | § | |
| Plaintiff, | § § § | |
| v. | § | Case No. 4:16-cv-615-KPJ |
| DENISON INDEPENDENT SCHOOL DISTRICT, ET AL., | § § § § | |
| Defendants. | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Defendants Denison Independent School District, Charles Bollinger, Chad Rogers, and Henry Scott's (collectively, "Defendants") Corrected Motion to Withdraw Bill of Costs (the "Motion to Withdraw") (Dkt. 115). The Motion to Withdraw notes that the parties amicably resolved their dispute, and Plaintiff Braeden M. Wright ("Plaintiff") has voluntarily withdrawn the appeal pending with the Fifth Circuit Court of Appeals (*see* Dkt. 116). *See* Dkt. 115. Defendant requests the Bill of Costs (Dkt. 112) signed on October 31, 2018, be withdrawn. *See* Dkt. 115 at 2.

Based on the foregoing, the Court finds Defendants' Motion to Withdraw (Dkt. 115) is **GRANTED**. The Court hereby **WITHDRAWS** the Bill of Costs (Dkt. 112) issued on October 31, 2018.

**IT IS SO ORDERED**.

SIGNED this 27th day of November, 2018.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE